COROMINAS ET AL., PETICIONARIOS, *v.* ALFARO, JUEZ MUNICIPAL, DEMANDADO.

SOLICITUD- para que se expida mandamiento de *certiorari* al Juez Municipal de Coamo.

No. 102.—Resuelto en mayo 27, 1913.

CERTIORARI CONTRA UNA CORTE MUNICIPAL—CONSIDERACIÓN POR LA CORTE SUPREMA.—Para que esta corte considere originalmente una solicitud de *certiorari* contra una corte municipal, es indispensable que el peticionario alegue las razones para ello, de acuerdo con el artículo 69 del reglamento de este tribunal.

Abogado de los peticionarios: *Sr. Manuel A. Rivera.*

RESOLUCIÓN.

Solicitándose el auto de *certiorari* contra una corte municipal y no cumpliendo los peticionarios con lo dispuesto en la regla 69 de las de esta corte, respecto a expresar las razones que hagan indispensable que la solicitud sea considerada originalmente por este tribunal, no ha lugar a resolver.

*No ha lugar a resolver la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.